UNITED STATES BANKRUPTCY COURT
FOR THE EASTER DISTRICT OF VIRGINIA
Alexandria Division

In re   Florencio Del Cid                    Case No. 18-14174
                                             Chapter 13

        Debtors

Nationstar Mortgage
        Plaintiff
v.

Florencio Del Cid

## OBJECTION TO NOTICE OF DEFAULT

The debtor, Florencio Del Cid, responds to the Notice

of Default filed herein by Nationwide Mortgage as follows:

> The Debtors has partially cured the stated arrearage and
> Needs 30 days to cure the remaining balance.

_____
**Nathan Fisher**
**3977 Chain Bridge Rd., #2**
**Fairfax, VA   22030**
**VSB #37161**
**(703) 691-1642**

For these reasons an Order Granting Relief should not be entered at this time.

Date: **December 7, 2019**                    **/s/ Nathan Fisher**
**Nathan Fisher**
**Attorney for Debtor**
**State Bar No. 37161**
**3977 Chain Bridge Rd., #2**
**Fairfax, VA   22030**
**(703) 691-1642**

### CERTIFICATION OF SERVICE

I hereby certify that on this 7th day of December, 2019, I have mailed copies of the foregoing by first-class mail, postage prepaid, to:

**Florencio Del Cid**
**3408 South 25th Street, #5**
**Arlington, VA   22206**

**Thomas Gorman**
**Chapter 13, Trustee**
**300 N. Washington St., Ste. 400**
**Alexandria, VA   22314**

**Mary F. Balthazar Lake, Esq.**
**Shapiro & Brown, LLP**
**501 Independence Parkway, Ste. 203**
**Chesapeake, VA   23320**

**/s/ Nathan Fisher**
**Nathan Fisher**
**Attorney for Debtor**
**3977 Chain Bridge Rd., #2**
**Fairfax, VA   22030**
**(703) 691-1642**